AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| Mark JULIANO | ) Case No. [UNDER SEAL] 10622 M |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  on or about August 2010 to present  in the county of  Allegheny and elsewhere  in the  Western  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2261A | Stalking by use of any facility of interstate or foreign commerce to engage in a course of conduct that causes substantial emotional distress to that person or places that person in reasonable fear of the death of, or serious bodily injury to another. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA GREGG FRANKHOUSE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 2, 2010

_____
*Judge's signature*

City and state: Pittsburgh, PA.    E.S. SWEARINGEN, USMJ
*Printed name and title*