1527

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 10-234 |
| | ) | |
| v. | ) | |
| | ) | [18 U.S.C. §§ 2261A(2)] |
| | ) | |
| MARK JULIANO | ) | |
| | ) | |
| | ) | |

## INDICTMENT

The grand jury charges:

From in and around August, 2010, and continuing thereafter until on or about December 8, 2010, in the Western District of Pennsylvania, Western District of New York and elsewhere, the defendant, MARK JULIANO, with intent to harass or cause substantial emotional distress to a person in another State and with the intent to place that person in reasonable fear of serious bodily injury to that person and a member of the immediate family of that person, used an interactive computer service and a facility of interstate commerce to engage in a course of conduct that caused substantial emotional distress to that person and placed that person in reasonable fear of serious bodily injury to that person, and members of her immediate family; to wit, defendant MARK JULIANO, who resided in New York, sent harassing and threatening communications in the form of electronic messages and e-mails to an individual, L.L., who resided in Pennsylvania, and thereby caused L.L. substantial emotional distress, and placed L.L.

in reasonable fear of serious bodily injury to L.L. and her immediate family.

In violation of Title 18, United States Code, Section 2261A(2).

_____
Foreperson

_____
DAVID J. HICKTON
UNITED STATES ATTORNEY
PA ID No. 34524